**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

| | | |
|---|---|---|
| **HARRISON FITCH** | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| **VS.** | § | |
| | § | CASE NO. 2:22-cv-00062 |
| | § | |
| **CECILA CRUZ and** | § | |
| **SMYRNA READY MIX CONCRETE,** | § | |
| **LLC** | § | |
| *Defendants.* | § | |

**DEFENDANT'S, SMYRNA READY MIX CONCRETE, NOTICE OF REMOVAL**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant, Smyrna Ready Mix Concrete, LLC ("Smyrna Ready Mix"), by its attorneys, submits this Notice of Removal, from the District Court, 365th Judicial District, Maverick County, Texas, in which this matter is now pending, to the United States District Court for the Western District of Texas, Del Rio Division. In support of its Notice, Smyrna Ready Mix shows the following:

**Procedural Background**

1. On or about October 25, 2022, Plaintiff, Harrison Fitch ("Plaintiff"), brought a negligence action against Smyrna Ready Mix and Defendant, Cecilia Cruz, in the 365th Judicial District Court, Maverick County, Texas, by filing his Original Petition bearing Cause No. 22-10-41503-MCVAJA ("the Petition").

2. On or about October 31, 2022, actual service of process upon Smyrna Ready Mix of Plaintiff's Original Petition occurred. Smyrna Ready Mix's counsel has used

due diligence to obtain, but has been unable to obtain, a copy of the signed, returned citation of service of process.

3. On November 23, 2022, Smyrna Ready Mix timely answered the state court action, subject to a Motion to Transfer Venue ("the Answer").

4. **Parties**

5. Plaintiff asserts in his Original Petition that he is a resident of the State of Louisiana. Thus, Plaintiff is a Louisiana citizen for diversity purposes.

6. Plaintiff asserts in his Original Petition that Defendant, Cecilia Cruz, is a resident of the State of Texas. Thus, Defendant, Cecilia Cruz, is a Texas citizen for diversity purposes.

7. Plaintiff asserts in his Original Petition that Defendant, Smyrna Ready Mix, LLC, is a foreign limited liability company formed under the laws of the State of Tennessee incorporated under the laws of the State of Tennessee with its registered agent in Murfreesboro, Tennessee. Thus, Defendant, Smyrna Ready Mix, LLC, is a Tennessee citizen for diversity purposes.

**Nature of Suit**

8. Plaintiff filed the Petition for negligence and personal injury as the result of an October 16, 2021, motor vehicle accident that occurred in Montgomery, Texas and between motor vehicles operated by Plaintiff, and Defendant, Cecilia Cruz, the latter of whom operated a vehicle owned by Smyrna Ready Mix.

9. Plaintiff states in the Petition that he seeks monetary relief of $1,000,000 or more.

## Jurisdiction

9. Pursuant to 28 U.S.C. § 1332, this Court has subject-matter jurisdiction, because this is a civil action between citizens of different states and the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

## Basis For Removal

10. Under 28 U.S.C. § 1332, this Court has subject-matter jurisdiction because of diversity of citizenship and the amount in controversy. Pursuant to 28 U.S.C. § 1441(a), venue is proper, because the United States District Court for the Western District of Texas, Del Rio Division, is the federal district court embracing the place where the state court suit is pending.

11. Pursuant to 28 U.S.C. § 1446(b), Smyrna Ready Mix files this Notice of Removal within thirty (30) days of commencement of the state court action filed by Plaintiff on or about October 25, 2022, and served upon Smyrna Ready Mix on or about October 31, 2022.

12. As required by 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon Plaintiff, by and through his attorney of record, and is being filed with the 365th Judicial District Court, Maverick County, Texas.

WHEREFORE, Defendant, Smyrna Ready Mix Concrete, LLC, respectfully files this Notice of Removal, to request removal of the entire state court action bearing Cause No. 22-10-41503-MCVAJA, pending in the 365th Judicial District Court, Maverick County, Texas to the United States District Court for the Western District of Texas, Del Rio Division, for all further proceedings. Defendant, Smyrna Ready Concrete, LLC, further requests all other further relief to which it may be justly entitled.

Respectfully submitted,

**ALLEN, STEIN & DURBIN, P.C.**

BY: ***/s/ Sharon D. Hobbs***
**SHARON D. HOBBS**
Texas Bar No. 09739500
**MARK R. STEIN**
Texas Bar No. 19128700
6243 IH-10 West, 7th Floor
P. O. Box 101507
San Antonio, Texas 78201
(210) 734-7488 - Phone
(210) 738-8036 – Fax
mstein@asdh.com
shobbs@asdh.com

**ATTORNEYS FOR DEFENDANT,**
**SMYRNA READY MIX CONCRETE, LLC**

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that on the 30th day of November 2022, a true and correct copy of **Defendant's, Smyrna Ready Mix Concrete, LLC, Notice of Removal** was electronically filed with the Court Clerk *via* the CM/ECF System that will send notification of such filing to the following:

Benton G. Ross
Douglas C. Monsour
Ryan Wiscombe
Jim Gossett
The Monsour Law Firm
404 North Green Street
P.O. Box 4209
Longview, TX 75606
***Attorneys for Plaintiff***

**/s/ Sharon D. Hobbs**
**SHARON D. HOBBS**